Domen v. Vimeo

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-one.

Present:     ROSEMARY S. POOLER,
             RICHARD C. WESLEY,
             SUSAN L. CARNEY,
                          *Circuit Judges*.

_____

JAMES DOMEN, AN INDIVIDUAL, CHURCH UNITED, A CALIFORNIA NOT-FOR-PROFIT CORPORATION,

                      *Plaintiffs-Appellants*,


              v.                                    20-616-cv


VIMEO, INC., A DELAWARE FOR-PROFIT CORPORATION,

                      *Defendant-Appellee*.


_____


The petition for rehearing is GRANTED. The panel hereby VACATES its previous opinion. Accordingly, the decision of the district court remains in place until further notice from the panel.

                          FOR THE COURT:
                          Catherine O'Hagan Wolfe, Clerk